IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID DOUGHERTY | : | CIVIL ACTION |
| | : | NO.  14-7270 |
| v. | : | |
| | : | |
| ALLSTATE PROPERTY AND | : | |
| CASUALTY INSURANCE COMPANY | : | |

## ORDER

AND NOW, this 5th day of May, 2016, upon consideration of plaintiff David Dougherty's motion for partial summary judgment, Dkt. No. 17, and defendant Allstate Property and Casualty Insurance Company's motion for summary judgment, Dkt. No. 14, along with plaintiff's response to defendant's motion, Dkt. No. 16, defendant's reply, Dkt. No. 18, defendant's response to plaintiff's motion, which includes a counterstatement of undisputed material facts, Dkt. No. 19, plaintiff's response to defendant's counterstatement of material facts, Dkt. No. 20, and plaintiff's reply, Dkt. No. 21, and consistent with the accompanying memorandum of law, it is ORDERED that:

1) plaintiff's motion is DENIED;

2) defendant's motion is GRANTED; and

3) JUDGMENT IS ENTERED in favor of defendant Allstate Property and Casualty Insurance Company and against plaintiff David Dougherty.

           *s/Thomas N. O'Neill, Jr.*
           THOMAS N. O'NEILL, JR., J.